Abigail **VICENTE–VASQUEZ**, Petitioner,

v.

Eric H. **HOLDER**, Jr., Attorney General of the United States, Respondent.

No. 10–3044.

United States Court of Appeals, Eighth Circuit.

Submitted: March 16, 2011.

Filed: March 21, 2011.

---

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

Bart A. Chavez, Omaha, NE, for Petitioner.

Andrew Oliveira, Karen Yolanda Drummond, Richard M. Evans, Assistant Director, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Guatemalan citizen Abigail Vicente–Vasquez petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of asylum and withholding of removal. We conclude that the decision was supported by substantial evidence on the record as a whole. *See Khrystotodorov v. Mukasey*, 551 F.3d 775, 781 (8th Cir.2008). Accordingly, we deny the petition for review.